**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 546 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DONALD JAMES STONE, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.